# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Maurice L. Dunbar | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 8:10-cv-00995-HMH |
| Judge Purnell, Investigator Petroski, Officer MD Sloan, City of Columbia Police Department, Lexington County Detention Center | ) ) ) | |
| *Defendant* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)*                          recover from the defendant *(name)*                      the amount of        dollars ($        ), which includes prejudgment interest at the rate of      %, plus postjudgment interest at the rate of      %, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)*       recover costs from the plaintiff *(name)*        .

■  other:   Complaint is summarily dismissed without prejudice and without issuance and service of process.

This action was *(check one)*:

☐  tried by a jury with Judge                      presiding, and the jury has rendered a verdict.

☐  tried by Judge                      without a jury and the above decision was reached.

■  decided by Judge    Henry M. Herlong, Jr. on the record.     on a motion for

Date:   May 14, 2010                    *CLERK OF COURT*

                                            s/Nora Chandler, Deputy Clerk
                                              *Signature of Clerk or Deputy Clerk*